HERBERT M. DAWSON, Doing Business as DAWSON CHEVROLET COMPANY, Respondent, v. MILLARD DUMOND, Appellant.—

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ., concur.